

**COWAN LIEBOWITZ LATMAN**

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Ronald W. Meister**
(212) 790-9255
rwm@cll.com

January 23, 2018

VIA ECF

Hon. Edgardo Ramos, U.S.D.J.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

<u>Hirsch v. The Forward Association, Inc. – C.A. 1:17-cv-9475 (ER)</u>

Dear Judge Ramos:

    This firm represents the defendant in the above-entitled copyright infringement claim, and respectfully requests that defendant's time to respond to the Complaint herein be extended from January 29, 2018, to February 28, 2018. Plaintiff's counsel, Richard Liebowitz, authorizes me to state he consents to this adjournment.

    There has been one prior extension of time to respond in this case. The parties have been engaged in settlement discussions and hope to use the additional time to continue those discussions.

Very respectfully,

Ronald W. Meister
Attorney for Defendant

cc: Richard Liebowitz, Esq. (via ECF)

2392563.1