

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Ronald W. Meister**
(212) 790-9255
rwm@cll.com

February 16, 2018

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Hirsch v. The Forward Association, Inc. – 1:17-cv-9475 (ER)

Dear Judge Ramos:

    This firm represents defendant, The Forward Association, Inc., in the above-entitled matter. I write requesting that the Court refer the matter to a Magistrate Judge for settlement.

    As Your Honor is likely aware, plaintiff's counsel has hundreds of copyright cases pending in this district, at least twenty-two of which have been before Your Honor. These cases are of a kind that regularly settles at an early stage. The parties here have engaged in preliminary settlement discussions, but a gap remains to be bridged, and I respectfully submit that, with the Court's assistance, a settlement can be reached without extensive litigation.

    I am authorized by plaintiff's counsel to state that he agrees as to the desirability of supervised settlement negotiations, but prefers that the matter be referred to the Southern District mediation program.

Very respectfully,<br><br>/s/ Ronald W. Meister<br><br>Ronald W. Meister

cc: Richard Liebowitz, Esq. (via ECF)

2402452.1