

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Ronald W. Meister**
(212) 790-9255
rwm@cll.com

February 26, 2018

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

<u>Hirsch v. The Forward Association, Inc. – C.A. 1:17-cv-9475 (ER)</u>

Dear Judge Ramos:

    This firm represents the defendant in the above-entitled copyright infringement claim, and respectfully requests that defendant's time to respond to the Complaint herein be extended from February 28, 2018 to March 28, 2018.  Plaintiff's counsel, Richard Liebowitz, authorizes me to state he consents to this adjournment.

    There have been two prior extensions of time to respond in this case.  The parties have been engaged in settlement discussions and, with the matter now referred to mediation, hope to resolve it without the need for extensive litigation.

                                Very respectfully,

                                */s/ Ronald W. Meister*

                                Ronald W. Meister
                                Attorney for Defendant

cc: Richard Liebowitz, Esq. (via ECF)

2405636.1