
**COWAN
LIEBOWITZ
LATMAN**

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Ronald W. Meister**
(212) 790-9255
rwm@cll.com

March 26, 2018

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

<u>Hirsch v. The Forward Association, Inc. – C.A. 1:17-cv-9475 (ER)</u>

Dear Judge Ramos:

This firm represents the defendant in the above-entitled copyright infringement claim, and respectfully requests that defendant's time to respond to the Complaint herein be extended from March 28, 2018 to April 30, 2018. Plaintiff's counsel, Richard Liebowitz, authorizes me to state he consents to this adjournment.

While there have been three prior extensions of time to respond in this case, the parties have just been contacted by the court-assigned mediator, who has scheduled mediation sessions, and hope to resolve the matter without the need for extensive litigation.

Very respectfully,

*/s/ Ronald W. Meister*

Ronald W. Meister
Attorney for Defendant

cc: Richard Liebowitz, Esq. (via ECF)

2405636.2