UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN HIRSCH,

                Plaintiff,

-against-

THE FORWARD ASSOCIATION INCORPORATED,

                Defendant.

NOTICE OF VOLUNTARY DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(i)

Case No. 1:17-cv-9475 (ER)

IT IS HEREBY NOTICED, that the above action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own costs, expenses, and attorneys' fees.

*Richard Liebowitz*
Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 4/20/2018
*Attorney for Plaintiff*